UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID D. BATTLE,

     **Plaintiff,**

v.                          **Case No.  8:26-cv-1714-JLB-AAS**

TRUIST FINANCIAL
CORPORATION, et al.,

     **Defendants.**

_____/

## ORDER

Plaintiff David D. Battle, proceeding pro se, requests access to the court's electronic filing system. (Doc. 3).

Mr. Battle fails to establish entitlement to an exemption from the general rule that pro se litigants must file paper documents with the court. *See Ogilvie v. Millsaps*, No. 8:15-CV-2477-T-36JSS, 2015 WL 6688343, at *1 (M.D. Fla. Oct. 30, 2015) (observing that a pro se litigant seeking CM/ECF access must "demonstrate[ ] that an exemption [to the general rule] is necessary to avoid unreasonable burdens and to promote access to information"). As another order in this District explained, the discontinuation of the web portal "does not constitute a legal barrier to participation" given that a litigant may still "file documents through the mail or by hand delivery to the clerk's office." *Sheets v.*

1

*Pribble*, No. 2:24-CV-958-JES-KCD, 2025 WL 2106679, at \*1 (M.D. Fla. July 28, 2025).

Accordingly, Mr. Battle's motion for electronic filing access (Doc. 3) is **DENIED**. He may mail hard copies of his filings to the Clerk of the Court or submit them in person at the courthouse.

**ORDERED** in Tampa, Florida, on June 18, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2